# Court of Appeals
# of the State of Georgia

ATLANTA,  March 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0033.  BOLSTON v. THE STATE.**

Upon consideration of Markey Bolston's motion for extension of time to file application for discretionary review, it is ordered that an extension be granted in the above-referenced case through and including May 9, 2022.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/07/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                        *, Clerk.*